## HALL'S SAFE AND LOCK COMPANY *vs.* THE MAYOR, ETC., OF AMERICUS.

Where, in a suit on a contract, the evidence failed to show any privity of contract between the plaintiff and defendant, a non-suit was properly granted.

(*a.*) Suit being brought by " Samuel S. Stratton, general manager of the state of Kentucky of Hall's safe and lock company," and the contract relied on being directly between the defendant and the company, a non-suit was right.

October 3, 1882.

CRAWFORD, Justice.

---

## BAKER *vs.* DOWNING.

1. There was sufficient evidence to sustain the finding of the county judge as to the *bona fides* of the original entry on the land in this case, and there was no error in refusing to sustain the *certiorari* on that ground.

2. Where parties having possession of land made a formal surrender thereof, evidenced by writing, and afterward, in direct contravention of such surrender, entered on the land, they were intruders, and subject to the proceedings provided for by §4072 *et seq.* of the Code.

September 26, 1882.

JACKSON, Chief Justice.